**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| MICHAEL HENDRIX, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 2:11-CV-0214-RWS |
| SHERIFF JUDD SMITH, | : | |
| Barrow County Sheriff Office, | : | |
| *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

This case is before the Court for consideration of the Final Report and Recommendation [7] of Magistrate Judge Susan S. Cole.  Plaintiff filed an Objection [8] to the Report and Recommendation but fails to allege facts that would support a valid claim under 42 U.S.C § 1983.  Therefore, the Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court.  Accordingly, Plaintiff's Complaint is hereby **DISMISSED** for failure to state a claim on which relief may be granted.  The Clerk shall close the case.

AO 72A
(Rev.8/82)

**SO ORDERED**, this  4th  day of January, 2012.

*/s/ Richard W. Story*
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)